# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON TROY CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>SANTA BARBARA BAR ASSOC.,<br><br>Defendants. | Case No. 2:23-cv-02535-MEMF-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation ("Report'). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. The Court notes that nothing further has been filed by the Petitioner in response to the Magistrate Judge's Order to Show Cause (Dkt. No. 9) even after having been granted additional time (Dkt. No. 11) and no change of address has been filed since the most recent order to suggest that Petitioner did not receive it.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this Order.

3. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: January 16, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE