JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRANDON TROY CONTRERAS,<br>  Petitioner,<br>    v.<br>SANTA BARBARA BAR ASSOC.,<br>  Respondent. | No. 2:23-cv-02535-MEMF-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: January 16, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE